# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

KENNETH PITARD
         Plaintiff

      V.

CENTRAL CREDIT SERVICES, INC.
         Defendant

CIVIL ACTION

NO.  09-10578-GAO

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE       D. J.

      The Court having been advised on   JULY 29, 2009   that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                By the Court,

7/29/09                                       /s/ Paul S. Lyness
    Date                                         Deputy Clerk

(Dismissal Settlement.wpd - 12/98)